**ZBS LAW, LLP**
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, Nevada 89148
Tel: (702) 948-8565
Fax: (702) 446-9898
sdolembo@zbslaw.com
*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-14*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-14, A NATIONAL BANK,<br><br>Plaintiff,<br>vs.<br>VICTORY OVATION HOMEOWNERS ASSOCIATION, a Nevada corporation; SATICOY BAY LLC SERIES 2802 ALBATA, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:17-CV-02026-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT VICTORY OVATION HOMEOWNERS ASSOCIATION**<br><br>ECF No. 29 |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-14 (hereinafter "BNYM") and Defendant VICTORY OVATION HOMEOWNERS ASSOCIATION (hereinafter "VICTORY OVATION"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On July 25, 2017, Plaintiff BNYM filed its Complaint in this action naming VICTORY OVATION and other parties as defendants related to a homeowners association foreclosure sale

of real property located at 2802 Albata Ave., North Las Vegas, NV 89030; APN 139-12-311-046 (hereinafter "Property").

2. The Parties hereby agree that BNYM's claims against VICTORY OVATION shall be dismissed with prejudice, and BNYM and VICTORY OVATION shall each bear its own costs and fees related to this litigation.

3. VICTORY OVATION asserts that it does not have a current ownership interest in title to the Property.

4. VICTORY OVATION specifically reserves its ongoing rights under Nevada law, including NRS Chapter 116, and the governing documents, including the Covenants, Conditions and Restrictions ("CC&Rs").

5. This dismissal does not affect any rights, claims or defenses of BNYM or VICTORY OVATION with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO STIPULATED.**

| DATED: July __24th___, 2019 | DATED: July __24th__, 2019 |
|---|---|
| ZBS LAW, LLP | BOYACK ORME & ANTHONY |
| /s/J. Stephen Dolembo, Esq. | /s/Patrick A. Orme, Esq. |
| J. Stephen Dolembo, Esq.<br>Nevada Bar 9795<br>9435 West Russell Road, Suite 120<br>Las Vegas, Nevada 89148<br>Tel: (702) 948-8565<br>Fax: (702) 446-9898<br>sdolembo@zbslaw.com<br>*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-14* | Patrick A. Orme, Esq.<br>Nevada Bar No. 7853<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117<br>(702) 562-3415 - Telephone<br>(702) 562-3570 - Facsimile<br>patrick@boyacklaw.com<br>*Attorneys for Defendant, Victory Ovation Homeowners Association* |

## ORDER

Based on the stipulation between Bank of New York Mellon and Victory Ovation Homeowners Association **[ECF No. 29]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST Victory Ovation Homeowners Association are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 24, 2019

Respectfully submitted,

**ZBS LAW, LLP**

/s/J. Stephen Dolembo, Esq.
J. Stephen Dolembo, Esq.
Nevada Bar 9795
9435 West Russell Road, Suite 120
Las Vegas, Nevada 89148
sdolembo@zbslaw.com
*Attorneys for Plaintiff*