ZBS LAW, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
(702) 948-8565; FAX (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-14*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-14, A NATIONAL BANK,<br><br>Plaintiff,<br>vs.<br><br>VICTORY OVATION HOMEOWNERS ASSOCIATION, a Nevada corporation; SATICOY BAY LLC SERIES 2802 ALBATA, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:17-CV-02026-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE**<br><br><br>ECF No. 38 |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-14 (hereinafter "BNYM") and Defendant SATICOY BAY LLC SERIES 2802 ALBATA (hereinafter "Saticoy Bay"), (collectively, the "Parties"), being the only parties now appearing in this action, by and through their respective counsel of record, hereby stipulate for

dismissal with prejudice of the above-entitled action in its entirety. Each party agrees to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED this __8th__ day of April, 2020　　　DATED this __8th____ day of April, 2020

**ZBS LAW, LLP**　　　**THE LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

*/s/ J. Stephen Dolembo, Esq.*　　　*/s/Adam R. Trippiedi, Esq.*
J. Stephen Dolembo, Esq.　　　Michael F. Bohn, Esq.
Nevada Bar Number 9795　　　Nevada Bar No. 1641
9435 West Russell Road, Suite 120　　　Adam R. Trippiedi, Esq.
Las Vegas, NV 89148　　　Nevada Bar No. 12294
sdolembo@zbslaw.com　　　2260 Corporate Circle, Suite 480
*Attorneys for Plaintiff*　　　Henderson, Nevada 89074
　　　mbohn@bohnlawfirm.com
　　　atrippiedi@bohnlawfirm.com
　　　*Attorney for Defendant Saticoy Bay LLC Series 2802 Albata*

### ORDER

Based on the parties' stipulation **[ECF No. 38]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 9, 2020